```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES  OF AMERICA       :         CIVIL ACTION
                                :
        v.                      :
                                :
TERRELL HAMPTON                 :         NO. 11-325
```

ORDER

AND NOW, this 8th day of February, 2012, upon consideration of the Government's motion in limine (docket entry # 95), defendant's memorandum in opposition thereto, and the Government's supplemental memorandum in support of its motion, and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that the Government's motion in limine (docket entry # 95) is DENIED.

BY THE COURT:

\_\_\s\Stewart Dalzell