### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRELL HAMPTON | CRIMINAL ACTION<br>NO. 11-325 |

### ORDER

**AND NOW**, this 24th day of May, 2022, upon consideration of Terrell Hampton's *pro se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (ECF 157), his *pro se* Amendment and Argument for Memorandum of Law in Support[1] (ECF 160) and the Government's Response, (ECF 453) and consistent with the accompanying memorandum of law, it is **ORDERED** that Hampton's Motion is **DENIED** and a certificate of appealability **SHALL NOT** issue.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Except for the discussion at ECF pages 26-28, the arguments in this document pertain to Hampton's 2018 conviction in *United States v. Hampton*, No. 15-302-02 (E.D. Pa.).